JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAAD HANNA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO CASUALTY COMPANY, a Maryland Corporation, and DOES 1 THROUGH 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-07937-KS<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom 580<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　August 23, 2022<br>Trial Date:　　　　March 26, 2024 |

## ORDER

Pending before the Court is a joint stipulation to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint stipulation and **ORDERS** as follows:

1. This action is **DISMISSED** in its entirety **WITH PREJUDICE**; and
2. The parties will bear their own costs and attorneys' fees in connection with the dismissal.

**IT IS SO ORDERED.**

Dated: November 16, 2023

_Karen L. Stevenson_
Hon. Karen L. Stevenson
United States Magistrate Judge